UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-17714 |
| SAJJAD SYED | ) | |
| PARVEEN SYED | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

THIS MATTER COMING TO BE HEARD on the motion filed by MTGLQ Investors, LP to modify the automatic stay, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the automatic stay against MTGLQ Investors, LP and its agent or assigns is modified pursuant to § 362(d) of the United States Bankruptcy Code as to the real property commonly known as 17W 464 CONCORD PLACE, DARIEN, IL 60561.

IT IS FURTHER ORDERED that the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived by the Court and MTGLQ Investors, LP may immediately enforce and implement this order granting relief from automatic stay.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 11, 2019

**Prepared by:**

LAW OFFICES OF IRA T. NEVEL, LLC
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
Pleadings@nevellaw.com